UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL KEITH CAPERS,                 :
                                      :
           Petitioner,                :    Civil No. 10-1644 (JBS)
                                      :
      v.                              :    **ORDER**
                                      :
STATE OF NEW JERSEY, et al.,          :
                                      :
           Respondents.               :

   For the reasons set forth in the Opinion filed herewith, IT IS on this **10th** day of **March**, 2011,

   ORDERED that the amended Petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for lack of jurisdiction; and it is further

   ORDERED that Petitioner's request for Evidentiary Hearing [Docket Item 24] is DENIED; and it is further

   ORDERED that the Motion to Compel [Docket Item 20] is DISMISSED as moot; and it is further

   ORDERED that the Motion for Sanctions [Docket Item 21] is DISMISSED as moot; and it is further

   ORDERED that the Motion for Final Disposition [Docket Item 32] is DISMISSED as moot; and it is further

   ORDERED that no Certificate of Appealability shall issue; and it is further

   ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                                    **s/ Jerome B. Simandle**
                                    Jerome B. Simandle
                                    United States District Judge